LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    11332 Mountain View Ave., Suite C
    Loma Linda, California 92354
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DIAN HUMPHREY,   ) | No.  EDCV 09-1220 RZ |
| ) | |
|   Plaintiff,   ) | <u>ORDER AWARDING EAJA FEES</u> |
| ) | |
|   v.   ) | |
| ) | |
| MICHAEL J. ASTRUE,   ) | |
| Commissioner Of Social Security,   ) | |
| ) | |
|   Defendant.   ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that Defendant shall pay to Plaintiff ~~EAJA fees are awarded in~~ the amount of TWO THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($2,500.00). ~~subject to the terms of the stipulation.~~

DATE: August 12, 2010    _____
                                      HON. RALPH ZAREFSKY
                                      UNITED STATES MAGISTRATE JUDGE

-1-